UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NORIS BABB,**

    **Plaintiff,**

**v.**                                                **Case No.: 8:14-cv-01732-VMC-TBM**

**ROBERT A. MCDONALD, SECRETARY,**
**DEPARTMENT OF VETERANS AFFAIRS,**

    **Defendant.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on August 6, 2015. Plaintiff and her trial counsel, and AUSA Mr. Kenneth as Defendant's representative and trial counsel attended and participated.

<u>The parties have reached an impasse.</u>

Done August 6, 2015 in Tampa, Florida.

                                      Respectfully submitted,

                                      <u>/s/ Peter J. Grilli</u>
                                      Peter J. Grilli, Esq.
                                      Florida Bar No. 237851
                                      Mediator
                                      3001 West Azeele Street
                                      Tampa, Florida 33609
                                      813.874.1002    Fax: 813.874.1131
                                      email: meditr@aol.com

I HEREBY CERTIFY that August 6, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.