**Janice L. Johnston, RMR**

902 Eagle Lane
Apollo Beach, Florida 33572
Tel: (813) 690-4831 Fax: (813) 641-0320
jjohnstonrmr@verizon.net

# Invoice

| BILL TO | | DATE | 3/21/2016 |
|---|---|---|---|
| Michael R. Kenneth, AUSA<br>United States Attorney's Office<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602 | | INVOICE # | 4598 |
| | | Tax ID | 46-4733906 |
| | | Contract # | DJJ06XTUSA0276 |

| RE: | Noris Babb vs. Department of V.A.<br>USDC - Middle District (Tampa Division) | | | |
|---|---|---|---|---|
| **Case Number:** | 8:14-cv-1732-T-33TBM | | **Taken on:** | 2/16/2016 |
| DESCRIPTION | | PAGES | RATE | AMOUNT |
| Copy of Transcript<br>Deposition of Marjorie Howard | | 69 | 2.85 | 196.65 |
| Copy of Transcript<br>Deposition of Gary Wilson | | 48 | 2.85 | 136.80 |
| Copy of Transcript<br>Deposition of Camaro West-Lee | | 26 | 2.85 | 74.10 |
| Condensed Transcripts with Word Index (N/C) | | | 0.00 | 0.00 |
| PDF and ASCII Transcripts emailed 3/18/2016 | | | 0.00 | 0.00 |

"I certify that these goods and/or services were received on 3/22/16 (date) and accepted on 3/22/16 (date). Oral purchase was authorized and no confirming order has been issued."

Renee Bean *(signature)* Date 3/22/16

Renee Beany Legal Ast
*Printed Name and Title*

**Thank You!**
Transcript Ordered - 2/29/2016

**Total** $407.55

# Janice L. Johnston, RMR

902 Eagle Lane
Apollo Beach, Florida 33572
Tel: (813) 690-4831 Fax: (813) 641-0320
jjohnstonrmr@verizon.net

# Invoice

| BILL TO | | DATE | 3/21/2016 |
|---|---|---|---|
| Michael R. Kenneth, AUSA<br>United States Attorney's Office<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602 | | INVOICE # | 4602 |
| | | Tax ID | 46-4733906 |
| | | Contract # | DJJ06XTUSA0276 |

| RE: | Noris Babb vs. Department of V.A.<br>USDC - Middle District (Tampa Division) | | | |
|---|---|---|---|---|
| Case Number: | 8:14-cv-1732-T-33TBM | | Taken on: | 2/19/2016 |
| DESCRIPTION | | PAGES | RATE | AMOUNT |
| Copy of Transcript<br>Deposition of Leonard Williams | | 22 | 2.85 | 62.70 |
| Copy of Transcript<br>Deposition of Megan Martinez | | 19 | 2.85 | 54.15 |
| Copy of Transcript  30(b)(6)<br>Deposition of Diolymar Maldonado-Viust | | 23 | 2.85 | 65.55 |
| Exhibits, Copies per page - black & white | | 2 | 0.15 | 0.30 |
| Condensed Transcripts with Word Index (N/C) | | | 0.00 | 0.00 |
| PDF and ASCII Transcript of Diolymar Maldonado-Viust emailed 3/17/2016 and PDF and ASCII Transcripts of Leonard Williams and Megan Martinez emailed 3/21/2016 | | | 0.00 | 0.00 |

"I certify that these goods and/or services were received on 3/22/16 (date) and accepted on 3/22/16 (date). Oral ... horized and no confirming order has been issued."

3/22/16

Signature: Renee Bean

Renee Bean, Legal Asst

Thank You!
Transcript Ordered - 2/29/2016

**Total** $182.70

# Janice L. Johnston, RMR

902 Eagle Lane
Apollo Beach, Florida 33572
Tel: (813) 690-4831 Fax: (813) 641-0320
jjohnstonrmr@verizon.net

# Invoice

| BILL TO |
|---|
| Michael R. Kenneth, AUSA |
| United States Attorney's Office |
| 400 North Tampa Street |
| Suite 3200 |
| Tampa, FL 33602 |

| DATE | 3/21/2016 |
|---|---|
| INVOICE # | 4600 |
| Tax ID | 46-4733906 |
| Contract # | DJJ06XTUSA0276 |

| RE: | Noris Babb vs. Department of V.A. |
|---|---|
| | USDC - Middle District (Tampa Division) |

| Case Number: | 8:14-cv-1732-T-33TBM | | Taken on: | 2/18/2016 |
|---|---|---|---|---|

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript<br>Deposition of Keri Justice | 136 | 2.85 | 387.60 |
| Exhibits, Copies per page - black & white | 10 | 0.15 | 1.50 |
| Copy of Transcript<br>Deposition of Robert Stewart | 67 | 2.85 | 190.95 |
| Condensed Transcripts with Word Index (N/C) | | 0.00 | 0.00 |
| PDF and ASCII Transcripts emailed 3/21/2016 | | 0.00 | 0.00 |

* I certify that these goods and/or services were received on 3/22/16 (date) and accepted on 3/22/16 (date). Oral purchase was authorized and no confirming order has been issued."

*Renee R Bean*

3/22/16
Date

*Renee Bean, Legal Ast*
Name and Title

Thank You!
Transcript Ordered - 2/29/2016

**Total** $580.05

## Janice L. Johnston, RMR

902 Eagle Lane
Apollo Beach, Florida 33572
Tel: (813) 690-4831 Fax: (813) 641-0320
jjohnstonrmr@verizon.net

# Invoice

| BILL TO | | |
|---|---|---|
| Michael R. Kenneth, AUSA<br>United States Attorney's Office<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602 | | |

| DATE | 3/21/2016 |
|---|---|
| INVOICE # | 4604 |
| Tax ID | 46-4733906 |
| Contract # | DJJ06XTUSA0276 |

| RE: | Noris Babb vs. Department of V.A.<br>USDC - Middle District (Tampa Division) | | | |
|---|---|---|---|---|
| Case Number: | 8:14-cv-1732-T-33TBM | | Taken on: | 3/8/2016 |
| **DESCRIPTION** | | **PAGES** | **RATE** | **AMOUNT** |
| Copy of Transcript  30(b)(6)<br>Deposition of Robbie Barham | | 13 | 2.85 | 37.05 |
| Copy of Transcript<br>Deposition of John Hull | | 21 | 2.85 | 59.85 |
| Exhibits, Copies per page - black & white | | 4 | 0.15 | 0.60 |
| Condensed Transcripts with Word Index (N/C) | | | 0.00 | 0.00 |
| PDF and ASCII Transcript of Robbie Barham emailed 3/17/2016 and<br>PDF and ASCII Transcript of John Hull emailed 3/21/2016 | | | 0.00 | 0.00 |

" I certify that these goods and/or services were received on 3/22/16 (date) and accepted on 3/22/16 (date). Oral purchase was authorized and no confirming order has been issued."

*Renee R Bean*      3/23/16
Signature / Date

*Renee Bean  Legal Asst*
Print or Typed Name and Title

Thank You!
Transcripts Ordered - 3/8/2016

**Total**    **$97.50**

## Janice L. Johnston, RMR
902 Eagle Lane
Apollo Beach, Florida 33572
Tel: (813) 690-4831 Fax: (813) 641-0320
jjohnstonrmr@verizon.net

## Invoice

| BILL TO | | DATE | 3/29/2016 |
|---|---|---|---|
| Michael R. Kenneth, AUSA<br>United States Attorney's Office<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602 | | INVOICE # | 4611 |
| | | Tax ID | 46-4733906 |
| | | Contract # | DJJ06XTUSA0276 |

| RE: | Noris Babb vs. Department of V.A.<br>USDC - Middle District (Tampa Division) | | | |
|---|---|---|---|---|
| Case Number: | 8:14-cv-1732-T-32TBM | | Taken on: | 2/26/2016 |
| DESCRIPTION | | PAGES | RATE | AMOUNT |
| Attendance 1st hour | | 1 | 75.00 | 75.00 |
| Attendance, Additional hours | | 4.75 | 50.00 | 237.50 |
| Original Transcript<br>Video Deposition of Noris Babb | | 188 | 4.50 | 846.00 |
| Condensed Transcript with Word Index (N/C) | | | 0.00 | 0.00 |
| PDF and ASCII Transcript emailed 3/29/2016 | | | 0.00 | 0.00 |

"I certify that these goods and/or services were received on 3/30/16 (date) and accepted on 3/30/16 (date). Oral purchase was authorized and no confirming order has been issued."

Signature: Antoinette Anderson  Date: 4/11/16
Printed or Typed Name and Title: Antoinette Anderson, Legal Asst.

Thank You!
Transcript Ordered - 2/29/2016

**Total** $1,158.50