UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NORIS BABB**
    **Plaintiff,**

v.                                                      Case No.: 8:14-cv-1732-T-33TBM

**ROBERT A. MCDONALD, Secretary,**
**DEPARTMENT OF VETERANS AFFAIRS,**
    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff, Noris Babb appeals to the United States Court of Appeals the following Order and Judgment in the above-styled case:

1. The court's Order dated August 23, 2016 (Doc. No. 83) granting Defendant's Motion for Summary Judgment.

2. The Judgment entered in favor of the Defendant on August 23, 2016 (Doc. No. 84)

                                                   Respectfully submitted,

                                                   */s/   Joseph D. Magri*
                                                   Joseph D. Magri
                                                   Florida Bar No.: 0814490
                                                   Merkle Magri & Meythaler, P.A.
                                                   5601 Mariner St., Suite 400
                                                   Tampa, FL 33609
                                                   Fax.: (813) 281-2223
                                                   Email: jmagri@merklemagri.com
                                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to the following CM/ECF participants:

A. Lee Bentley, III
United States Attorney
Michael Kenneth
Florida Bar No.: 44341
Assistant United States Attorney
400 North Tampa St., Ste. 3200
Tampa, Florida 33602
Tel: 813/274-6000
Fax: 813/274-6198
Email: michael.kenneth@usdoj.gov
Attorney for Defendant

*/s/JOSEPH D. MAGRI*
Joseph D. Magri

2.