UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NORIS BABB,

     Plaintiff,                        Case No.: 8:14-cv-01732-VMC-TBM

v.

ROBERT WILKIE, Secretary,
DEPARTMENT OF VETERANS AFFAIRS

     Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, Noris Babb, and Defendant, Robert Wilkie, Secretary, Department of Veterans Affairs, by and through their undersigned counsel, hereby file this Joint Status Report pursuant to the Court's Order, Dkt. 96.

1. On June 28, 2019, the Plaintiff's Petition for Writ of Certiorari was granted by the Supreme Court of the United States.

2. The initial brief is due on September 17, 2019. Plaintiff anticipates that oral argument will occur in January 2020.

Dated: July 24, 2019                                    Respectfully submitted,

                                                            Maria Chapa Lopez
                                                            United States Attorney

*/s/ Joseph D. Magri*                        By:    */s/ Michael R. Kenneth*
Joseph D. Magri                                    Michael R. Kenneth
Merkle & Magri, P.A.                           Assistant United States Attorney
Florida Bar No.: 0814490                      Florida Bar No. 44341
5601 Mariner Street, Suite 400                400 North Tampa Street, Suite 3200
Tampa, FL 33609                                  Tampa, FL 33602
Telephone: 813-281-9000                       Telephone: 813-274-6000
Facsimile: 813-281-2223                          Facsimile: 813-274-6198
Email: jmagri@merklemagri.com            Email: Michael.kenneth@usdoj.gov
Attorney for Plaintiff                                   Attorney for Defendant