UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NORIS BABB,

      Plaintiff,                       Case No.: 8:14-cv-01732-VMC-TBM

v.

ROBERT WILKIE, Secretary,
DEPARTMENT OF VETERANS AFFAIRS

      Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff, Noris Babb, and Defendant, Robert Wilkie, Secretary, Department of Veterans Affairs, by and through their undersigned counsel, hereby file this Joint Status Report pursuant to the Court's Order, Dkt. 96.

1. On June 28, 2019, the Plaintiff's Petition for Writ of Certiorari was granted by the Supreme Court of the United States.

2. Plaintiff's initial brief was filed in the Supreme Court on September 17, 2019. The deadline for Defendant to file its initial brief is November 22, 2019. Plaintiff anticipates that oral argument will occur in January 2020.

Dated: October 22, 2019                                Respectfully submitted,

                                                                      Maria Chapa Lopez
                                                                      United States Attorney

*/s/ Joseph D. Magri*                            By:     */s/ Michael R. Kenneth*
Joseph D. Magri                                          Michael R. Kenneth
Merkle & Magri, P.A.                             Assistant United States Attorney
Florida Bar No.: 0814490                        Florida Bar No. 44341
5601 Mariner Street, Suite 400                 400 North Tampa Street, Suite 3200
Tampa, FL 33609                                         Tampa, FL 33602
Telephone: 813-281-9000                        Telephone: 813-274-6000
Facsimile: 813-281-2223                          Facsimile: 813-274-6198
Email: jmagri@merklemagri.com              Email: Michael.kenneth@usdoj.gov

Attorney for Plaintiff                                                          Attorney for Defendant