[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16492

_____

D.C. Docket No. 8:14-cv-01732-VMC-TBM

NORIS BABB,

                              Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF VETERANS AFFAIRS,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 24, 2020)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before ED CARNES, Chief Judge, NEWSOM and SILER,[*] Circuit Judges.

PER CURIAM:

Dr. Noris Babb appeals the district court's grant of summary judgment on each of her claims in this case, which she raises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*.

Consistent with—and for the reasons stated in—our previous opinion, *see Babb v. Sec'y, Dep't of Veterans Affairs*, 743 F. App'x 280 (11th Cir. 2018), we affirm the district court's grant of summary judgment on Babb's Title VII retaliation claim and hostile-work-environment claim, and we reverse and remand the district court's grant of summary judgment on Babb's Title VII gender-discrimination claim.  In light of the Supreme Court's recent ruling in this case, however, *see Babb v. Wilkie*, 589 U.S. ___ (2020), we now reverse the district court's grant of summary judgment on Babb's ADEA age-discrimination claim and remand for consideration consistent with the Supreme Court's opinion.

**AFFIRMED** in part; **REVERSED** and **REMANDED** in part.

---

[*] Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-16492-EE
Case Style: Noris Babb v. Secretary, Department of Veter
District Court Docket No: 8:14-cv-01732-VMC-TBM

Enclosed is a copy of this court's decision filed today in this appeal on remand from the Supreme Court of the United States.

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call Elora Jackson, EE at (404) 335-6173.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Jeff R. Patch
Phone #: 404-335-6151

OPIN-6 Issuance of Opinion Remand SC