**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:14-cv-1732-VMC-TBM | **DATE:** September 1, 2022 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **NORIS BABB**<br><br>        Plaintiff,<br><br>v.<br><br>**ROBERT A. MCDONALD, et al.**<br><br>        Defendants | **PLAINTIFF COUNSEL**<br>Joseph D. Magri<br><br>**DEFENDANT COUNSEL**<br>Michael Kenneth and Sean P. Keefe | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME:** 10:59 AM - 12:11 PM<br>**TOTAL:** 1 hour 12 minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**    FINAL PRETRIAL CONFERENCE

Court called to order.

This case is scheduled for a 5–7-day jury trial set for September 2022 trial term.

The court advises the parties of potential conflict dates in September and October.

Plaintiff list 66 exhibits, 34 witnesses and intends to call 7 of the witnesses.

Defendant list 97 exhibits, 24 witnesses and intends to call 8.

Court adjourned.