UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORIS BABB
    Plaintiff,

v.                                                                        Case No.: 8:14-cv-1732-T-33TBM

DENIS MCDONOUGH, Secretary,
DEPARTMENT OF VETERANS AFFAIRS,
    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING JUDICIAL NOTICE OF 5 U.S.C. §6121

COMES NOW Plaintiff, Noris Babb, by and through her undersigned attorney, hereby files this judicial notice of the following:

1. The court has taken juridical notice of 5 U.S.C. §6121 which provides:

    "(5) a compressed schedule means (A) in the case of a full-time employee an 80 hour biweekly basic work requirement which is scheduled for less than 10 work days."

2. "The Trask and Truitt decision has been abrogated by the Supreme Court *Babb v. Wilkie*, 140 S.Ct. 1168 (2020) and in the Eleventh Circuit in *Babb v. Sec'y* 992 F3d 1198, 1200, 1203-1205 (11th Cir 2021)."

According to Black Law Dictionary that means the Trask and Truitt is annulled, repealed or destroyed it does not have the force and effect of law. Yet the government is using their argument about the basis for that decision to challenge Babb's good faith belief knowing she has no knowledge of the holdings or basis of the holdings of this abrogated case.

                                                  Respectfully submitted,

/s/ *Joseph D. Magri*
Joseph D. Magri
Florida Bar No.: 0814490
Merkle & Magri, P.A.
5601 Mariner St., Suite 400
Tampa, FL 33609
Tel: (813)281-9000
Fax.: (813) 281-2223
Email: jmagri@merklemagri.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Roger B. Handberg
United States Attorney
Michael Kenneth
Assistant United States Attorney
Email: michael.kenneth@usdoj.gov
Attorney for Defendant            */s/Joseph D. Magri*
                                                                    Joseph D. Magri