UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORIS BABB,

    Plaintiff,                             Case No.: 8:14-cv-01732-VMC-TBM

v.

DENIS MCDONOUGH, Secretary,
DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.
_____/

## DEFENDANT'S PROPOSED JUDICIAL NOTICE RE THE HISTORY OF THIS CASE

Plaintiff Noris Babb filed this lawsuit in federal court in 2014 alleging age discrimination, gender discrimination, retaliation, and a hostile work environment based on age, gender and retaliation. Previously, this Court entered an Order regarding this case which was appealed to the Eleventh Circuit Court of Appeals and ultimately the United States Supreme Court. The Courts' respective opinions changed some of the legal standards by which some of Dr. Babb's claims should be evaluated. Following this Court's application of these revised standards, Dr. Babb's allegations of retaliation and retaliatory hostile work environment are now being considered by you, the jury.

1

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Fla. Bar No. 0044341
Mamie V. Wise
Assistant United States Attorney
Fla. Bar 65570
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198
Email: michael.kenneth@usdoj.gov
mamie.wise@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Joseph D. Magri, Esq.
JMagri@merklemagri.com

/s/ *Michael R. Kenneth*
Assistant United States Attorney